FILED: 5/23/11
JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kesri Sekhon, et al.** | **CASE NO. ED CV 11-188-GHK (FFMx)** |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| **BAC Home Loans Servicing LP, et al.,** | |
| Defendants. | |

Based on our May 23, 2011 Order, **IT IS HEREBY ADJUDGED** that all claims asserted by Plaintiffs Kesri Sekhon and Marie Lidell (collectively, "Plaintiffs") against Defendants BAC Home Loans Servicing, LP, The Bank of New York Mellon (erroneously sued as BNY Mellon Investment Servicing (US) Inc. dba The Bank of New York Mellon as Trustee for the Certificate Holders CWMBS, Inc. CHL Mortgage Pass-Through Trust 2005-HYB6 Mortgage Pass-through Certificates Series 2005-HYB6), and United Guaranty Residential Insurance Company of North Carolina (erroneously sued as

1 | United Guaranty Insurance Corporation) are **DISMISSED with prejudice**. Plaintiffs
2 | shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: May 23, 2011

_____
GEORGE H. KING
United States District Judge